**Steven P. Pixley, Esq.**
Attorney at Law
Second Floor, CIC Centre
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Attorney for Libo Wang*

FILED
Clerk
District Court

NOV 07 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR-01-00010-005 |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| LIBO WANG, ) | |
| Defendant. ) | Judge : Hon. Alex R. Munson<br>Date : DEC. 1, 2005<br>Time : 9:00 a.m. |

Libo Wang, through undersigned counsel, and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583(e)(1), hereby respectfully moves this Court for early termination of her supervised release. This Motion is supported by the Memorandum of Points and Authority and Exhibits annexed hereto.

Dated this ____ day of November, 2005.

/s/ Steven P. Pixley
**STEVEN P. PIXLEY**
Attorney at Law