LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
Assistant United States Attorney
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2986
Fax: (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBO WANG,<br><br>　　　　Defendant. | Criminal Case No. 01-00010-005<br><br>OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Date: December 1, 2005<br>Time: 9:00 a.m. |

The United States of America hereby opposes defendant's Motion for Early Termination of Supervised Release. The defendant was convicted of a serious drug crime and was appropriately sentenced by the Court. Early termination of defendant's supervised release is not in the interest of the public.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ JAMIE D. BOWERS
JAMIE D. BOWERS
Assistant United States Attorney