F I L E D
Clerk
District Court

NOV 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIBO WANG,<br><br>Defendant. | Criminal Action No. 01-00010-005<br><br>Order Rescheduling Hearing Time |

Jamie D. Bowers
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 501280
Saipan, MP 96950

IT IS ORDERED that the Motion For Early Termination of Supervised Release scheduled for Thursday, December 1, 2005, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED THIS 28th day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)