F I L E D
Clerk
District Court

DEC -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-01-00010                                          December 1, 2005
                                                     8:35 a.m

### UNITED STATES OF AMERICA -v- LI BO WANG

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           RANDY SCHMIDT, Law Clerk
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           JAMIE BOWERS, Assistant U. S. Attorney

PROCEEDING:   MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

   Defendant was represented by Steve Pixley. Government by Jamie Bowers, AUSA. Also present was Dennis Tse.

   Attorney Pixley argued the motion on behalf of defendant. Government argued against the motion.

   Court DENIED the motion.

                                          Adjourned at 8:45 a.m.

                                          _____
                                          K. Lynn Lemieux, Courtroom Deputy