FILED
Clerk
District Court

DEC -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　Plaintiff　　　　　)<br>  )<br>　　　v.　　　　　　　　　　)<br>  )<br>LIBO WANG,　　　　　　　　)<br>  )<br>　　　　Defendant　　　　　)<br>_____ ) | Criminal Case No. 01-00010-05<br><br>NOTICE OF ORDER<br>DENYING MOTION FOR<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE |

THIS MATTER came before the court on Thursday, December 1, 2005, for hearing of defendant's motion for early termination of supervised release. Plaintiff appeared by and through Assistant U.S. Attorney Jamie D. Bowers; defendant appeared personally and through her attorney, Steven P. Pixley. Dennis Tse acted as interpreter.

THE COURT, having considered the written submissions of the parties and their oral argument, denied the motion.

AO 72
(Rev. 8/82)

Defendant pleaded guilty to a serious drug crime. Because she cooperated with the authorities, defendant was sentenced to eighteen months' incarceration, rather than the 37-41 months recommended by the Sentencing Guidelines. After serving her time of incarceration, defendant was deported to her homeland, the People's Republic of China. Although she had been convicted of a felony, she was able to re-enter the Commonwealth under Commonwealth immigration law as an immediate relative of her U.S. citizen husband. Upon her re-entry to the Commonwealth, defendant reported to U.S. Probation and began serving her term of supervised release. She obtained employment and remains employed. During the period of time since her incarceration, defendant has abided by all the terms imposed upon her.

While defendant's conduct since pleading guilty has been commendable, it is nothing more than what was required of her under her sentence. The court found no extraordinary circumstances justifying early termination of her supervised release and, given the serious nature of the drug crime to which she pleaded guilty, the court

believes that both society and defendant will benefit from her continued supervision. Accordingly, the court denied the motion.

IT WAS SO ORDERED

DATED this 1st day of December, 2005.

                                              *Alex R. Munson*
                                              ALEX R. MUNSON
                                                   Judge