

AO83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## District of the Northern Mariana Islands

F I L E D
Clerk
District Court

MAR 2 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA
V.

LIBO WANG

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 01-00010-005

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>February 22, 2006 at 9:00 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

[ X ] Hearing to Modify the Conditions of Supervision as follows:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

_____  02/16/2006
Signature of Issuing Officer     Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

AO83    (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]    Date  02/17/06 |
| Check one box below to indicate appropriate method of service |
| ☒ Served personally upon the defendant at: DFS Cosmetics |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  02/17/06
Date

J. G. Salas
Name of United States Marshal

W. M. Calvert
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.