| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE |
|---|---|---|



WANG, LIBO
USDC Cr. Cs. #01-00010-005
SS#: XXX-XX-1172
DOB: XX-XX-1965
HT: 5'1"  WT: 105 lbs.

DATE _____ May 8, 2006 _____
District Court

MAY - 8 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO   **Dalian City, Liaoning Province, People's Republic of China**

LEAVING   **May 9, 2006**   AND RETURNING   **June 6, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

To attend to terminally ill mother, Li Juan Huo.

**SPECIAL INSTRUCTIONS:**   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while away from Saipan, Northern Mariana Islands;

2. You shall call your probation officer in Saipan, Northern Mariana Islands as soon as you are aware of the need to remain away for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Saipan, Northern Mariana Islands.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS _____

[X] APPROVED    [ ] DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

UNITED STATES DISTRICT COURT
DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
PROBATION/PRETRIAL OFFICE



FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

Guam Office
[address]

CNMI Office
[address]

May 8, 2006

Honorable Alex R. Munson
Chief Judge, U.S. District Court
District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

RE: WANG, LIBO
USDC Cr. Cs. No.: 01-00010-005

TRAVEL REQUEST INFORMATION

Dear Judge Munson:

On August 14, 2002, Libo Wang was sentenced to 18 months imprisonment followed by four years supervised release with conditions to include that she refrain from any and all alcoholic beverages, refrain from use or possession of illegal controlled substances, and submit to substance abuse treatment under the direction of the U.S. Probation Office. Ms. Wang was ordered to pay a fine of $500 and a special assessment fee of $100, which she satisfied on August 14, 2002.

On March 29, 2006, Ms. Wang submitted a request to travel to China to care for her mother, who is terminally ill. On April 25, 2006, she requested to delay her travel to June when she is scheduled to attend training in Hong Kong. However, on May 5, 2006, she learned that her mother took a turn for the worse and is expected to expire anytime.

Ms. Wang has resubmitted her travel request to leave for China to visit her mother. She is requesting to travel from May 9, 2006 to June 6, 2006. She will reside with her parents, Gou Zheng (father) and Li Juan Hao (mother) in the family residence in Dalian City, Liaoning Province in the People's Republic of China.

Ms. Wang paid her special assessment fee on August 14, 2002, and satisfied her fine in the amount of $500 on August 14, 2002. She completed the Substance Abuse Treatment Program without incident on September 8, 2004, and is compliant with her monthly supervision reports. She is employed

Travel Request Information
Re: Wang, Libo
USDC Cr. Cs. No. 01-00010-005
May 8, 2006
Page 2

by Duty Free Saipan, Limited, as a sales and promotion clerk and has been in that position since September 2004. Ms. Wang has been compliant with her conditions of supervised release, and this Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *(signature)*
MARGARITA DLG WONENBERG
U. S. Probation Officer

Reviewed by:

*(signature)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: file