| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Room 4D Horiguchi Bldg.<br>Garapan, Saipan<br>Saipan, MP 96950<br>Tel: (670) 236-2990 |
|---|---|---|



Libo Wang
USDC Cr. Cs. 01-00010
SS#: xxx-xx-xxxx
DOB: xx-xx-xxxx
Height: 5 ft 2 in
Weight: 105 lbs.

DATE   October 11, 2006
RECEIVED

OCT 12 2006

Clerk
District Court
The Northern Mariana Islands

YOU ARE AUTHORIZED TO TRAVEL TO   **Dalian City, Liaoning Province, China**

LEAVING   **October 15, 2006**   AND RETURNING   **November 6, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

FILED
Clerk
District Court

OCT 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PURPOSE OF THIS TRIP:

To care for ailing father.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while outside the United States;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan, Northern Mariana Islands, for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Saipan.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME   N/A
ADDRESS   _____

_Margarita DLG. Wonenberg_
UNITED STATES PROBATION OFFICER

☒ APPROVED   ☐ DISAPPROVED

_Alex R. Munson_
Honorable Alex R. Munson
Chief Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
### DISTRICT OF THE NORTHERN MARIANA ISLANDS
### PROBATION OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2990
FAX: (670) 236-2992

October 11, 2006

Honorable Alex R. Munson
Chief Judge, U.S. District Court
District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

RE:  **WANG, LIBO**
    **USDC Cr. Cs. No.: 01-00010-005**

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On August 14, 2002, Libo Wang was sentenced to 18 months imprisonment followed by four years supervised release with conditions to include that she refrain from any and all alcoholic beverages, refrain from use or possession of illegal controlled substances, and submit to substance abuse treatment under the direction of the U.S. Probation Office. Ms. Wang was ordered to pay a fine of $500 and a special assessment fee of $100, which she satisfied on August 14, 2002.

On September 29, 2006, Ms. Wang submitted a request to travel to China to care for her ailing father. Ms. Wang is requesting to travel from October 15, 2006 to November 6, 2006, when she will return to Saipan, Commonwealth of the Northern Mariana Islands. While in the Republic of China, she will reside with her father, Gou Zheng, in the family residence in Dalian City, Liaoming Province.

Ms. Wang completed the Substance Abuse Treatment Program without incident on September 8, 2006, and is compliant with her monthly supervision reports. She has been employed with Duty Free Saipan, Limited since September 2004.

Travel Request Information
Re: Wang, Libo
USDC Cr. Cs. No. 01-00010-005
October 11, 2006
Page 2

      In light of Ms. Wang's compliance to her conditions of supervised release, and her previous travel to China, this Officer supports her travel request and seeks Court approval.

                          Respectfully Submitted,

                          FRANK MICHAEL CRUZ
                          Chief U. S. Probation Officer

By:                          
                          MARGARITA DLG WONENBERG
                          U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File