PROB 37
(Rev. 7/71)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

**PERMISSION TO TRAVEL**

ADDRESS OF PROBATION OFFICE

U.S. PROBATION OFFICE
Horiguchi Building, Rm. 4D
P.O. Box 502089
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

**WANG, LIBO**
USDC Cr. Cs. #01-00010-005
SS#: XXX-XX-1172
DOB: XX-XX-1965
HT: 5'1"  WT: 105 lbs.



DATE      **May 4, 2007**

F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands

YOU ARE AUTHORIZED TO TRAVEL TO     **Dalian City, Liaoning Province, People's Republic of** By
**China**     (Deputy Clerk)

LEAVING     **May 11, 2006**     AND RETURNING     **June 11, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend deceased mother's first year death anniversary and undergo medical treatment**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1.  You shall abide by your conditions of supervised release while away from Saipan, Northern Mariana Islands;**

**2. You shall call your probation officer in Saipan, Northern Mariana Islands as soon as you are aware of the need to remain away for a longer period than authorized;**

**3.  You shall call your probation officer if you change accommodation/location; and**

**4.  You shall call your probation officer within 24 hours upon your return to Saipan, Northern Mariana Islands.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

NAME     **N/A**

ADDRESS

☒ APPROVED     ☐ DISAPPROVED

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,  )  CRIMINAL CASE NO. 01-00010-005
                          )
            Plaintiff,    )
                          )  REQUEST TO TRAVEL
     vs.                  )
                          )
LIBO WANG,                )
                          )
            Defendant.    )

On August 14, 2002, Libo Wang was sentenced to 18 months imprisonment followed by four years supervised release with conditions to include that she refrain from any and all alcoholic beverages, refrain from use or possession of illegal controlled substances, and submit to substance abuse treatment under the direction of the U.S. Probation Office. Ms. Wang was ordered to pay a fine of $500 and a special assessment fee of $100, which she satisfied on August 14, 2002.

On April 5, 2007, Ms. Wang submitted a request to travel to China to care for her ailing father. Ms. Wang is requesting to travel from May 11, 2007 to June 11, 2007, when she will return to Saipan, Commonwealth of the Northern Mariana Islands. While in the Republic of China, she will reside with her father, Gou Zheng, in the family residence in Dalian City, Liaoming Province.

Ms. Wang completed the Substance Abuse Treatment Program without incident on September 8, 2006, and is compliant with her monthly supervision reports. She has maintained steady employment since September 2004.

In light of Ms. Wang's compliance to her conditions of supervised release, and her previous travels to China, this Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By:     MARGARITA DLG WONENBERG
        U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     File