| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|



WANG, LIBO
USDC Cr. Cs. #01-00010-005
SS#: XXX-XX-1172
DOB: XX-XX-1965
HT: 5'1"  WT: 105 lbs.

DATE  June 25, 2007

YOU ARE AUTHORIZED TO TRAVEL TO  Dalian City, Liaoning Province, People's Republic of China

LEAVING  June 26, 2006    AND RETURNING  July 12, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

F I L E D
Clerk
District Court

PURPOSE OF THIS TRIP:

To attend to sick father

JUN 2 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while away from Saipan, Northern Mariana Islands;

2. You shall call your probation officer in Saipan, Northern Mariana Islands as soon as you are aware of the need to remain away for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Saipan, Northern Mariana Islands.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS  _____
         _____

[X] APPROVED    [ ] DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANAS ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 01-00010-005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| LIBO WANG | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 14, 2002, Libo Wang was sentenced to 18 months imprisonment followed by four years supervised release with conditions to include that she refrain from any and all alcoholic beverages, refrain from use or possession of illegal controlled substances, and submit to substance abuse treatment under the direction of the U.S. Probation Office. Ms. Wang was ordered to pay a fine of $500 and a special assessment fee of $100, both of which she satisfied on August 14, 2002.

On June 25, 2007, Ms. Wang submitted an emergency request to travel to China to see her father, Gou Zheng, who had a heart attack over the weekend and is now under medical attention. Ms. Wang is requesting to travel to China from June 26, 2007 to July 12, 2007 to attend to her father and will return to Saipan, Commonwealth of the Northern Mariana Islands thereafter. While in the Republic of China, she will reside at her father's residence in Dalian City, Liaoming Province.

Ms. Wang completed the substance abuse treatment program of her supervised release without incident on September 8, 2006. She is compliant with her monthly reporting and other requirements. She is employed with Duty Free Saipan, Limited. Ms. Wang had prior court permission to travel to China for the purpose of her mother's death and funeral.

Travel Request Information
Re: Wang, Libo
USDC Cr. Cs. No. 01-00010-005
June 25, 2007
Page 2

      In light of Ms. Wang's compliance to her conditions of supervised release, and her previous travel to China, the probation officer supports her travel request and petitions the Court for approval.

      Respectfully Submitted,

      ROSSANNA VILLAGOMEZ-AGUON
      Acting Chief U. S. Probation Officer

By: *[signature]*
      MARGARITA DLG WONENBERG
      U. S. Probation Officer

Reviewed by:

*[signature]*
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:    File