| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|



**WANG, Libo**
Criminal Case No. 01-00010-005
SS#: XXX-XX-1172
DOB: XX-XX-1965
HT: 5'1"  WT: 105 lbs.

DATE: November 8, 2007
Clerk
District Court

NOV 1 3 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    Dalian City, Liaoning Province and Shanghai, People's Republic of China

LEAVING    **November 22, 2007**    AND RETURNING    **December 1, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To visit family (Nov. 22 to 27, 2007) and attend a work related conference (Nov. 28 to 30, 2007)**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while away from Saipan, Northern Mariana Islands;**

2. **You shall call your probation officer in Saipan, Northern Mariana Islands as soon as you are aware of any changes in your authorized travel plans;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Saipan, Northern Mariana Islands.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

[X] APPROVED    [ ] DISAPPROVED

NAME    N/A
ADDRESS _____

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00010-005 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| LIBO WANG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On August 14, 2002, Libo Wang was sentenced to 18 months imprisonment followed by four years supervised release with conditions to include that she refrain from any and all alcoholic beverages, refrain from use or possession of illegal controlled substances, and submit to substance abuse treatment under the direction of the U.S. Probation Office. Ms. Wang was ordered to pay a fine of $500 and a special assessment fee of $100, which she satisfied on August 14, 2002.

Ms. Wang completed the Substance Abuse Treatment Program without incident on September 8, 2006, and is compliant with her monthly supervision reports. She has been employed with Duty Free Saipan, Limited (DFS) since September 2004.

On October 24, 2007, Ms. Wang submitted a request to travel from November 22 to 30, 2007 to China to visit her father in Dalian City and then to Shanghai to attend a work-related conference. Ms. Wang's travel itinerary indicates she will return to Saipan at 1:00 am on December 1, 2007. Travel and hotel accommodations will be paid for by DFS. This information was verified by Ms. Wang's supervisor, Ms. Emy Camacho.

Request to Travel
Re:   WANG, Libo
Criminal Case No. 01-00010-005
November 7, 2007
Page 2


In light of Ms. Wang's compliance to her conditions of supervised release, and her previous travels to China, this Officer supports her travel request and seeks Court approval.

RESPECTFULLY submitted this  8th  day of November 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File